**FILED**

OCT 17 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 08-4380GT |
| v. | ) **ORDER** |
| VICTOR DANIEL GARCIA, | ) |
| Defendant. | ) |

On October 8, 2014, Defendant, Victor Daniel Garcia ("Mr. Garcia"), filed a Joint Motion to Correct Record pursuant to Federal Rule of Appellate Procedure 10(e)(2)(A). Mr. Garcia states that the judgment and complaint from a related case "were accidently omitted from this Court's record." However, this is incorrect. Under Local Civil Rule 79.1, made applicable to criminal matters via Criminal Rule 1.1c, all exhibits introduced as evidence are returned to the party and it is counsel's responsibility to produce these exhibits for the court of appeals. Accordingly,

//

//

//

**IT IS ORDERED** that Defendant's Joint Motion to Correct Record is **DENIED.**

**IT IS SO ORDERED.**

10/17/14
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel